Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of Louisiana**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

**Wendy**
First name

**Marie**
Middle name

**Maes Scavo**
Last name

_____
Suffix (Sr., Jr, II, III)

About Debtor 2 (Spouse Only in a Joint Case):

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr, II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx - xx - 0 6 4 4
OR
9xx - xx - ___ ___ ___ ___

xxx - xx - ___ ___ ___ ___
OR
9xx - xx - ___ ___ ___ ___

| Debtor 1 | Wendy | Marie | Maes Scavo | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

__ __ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

**5.** **Where you live**

523 Newton St.
Number        Street

Gretna, LA 70053
City                                State    ZIP Code

Jefferson
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                                State    ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

City                                State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                                State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:  Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District | When | Case number, if known |
| | MM / DD / YYYY | |
| Debtor | Relationship to you |
| District | When | Case number, if known |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Wendy**     **Marie**       **Maes Scavo**           Case number *(if known)* _____

        First Name        Middle Name        Last Name

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number     Street

_____

_____
City              State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  **Wendy**          **Marie**          **Maes Scavo**                    Case number *(if known)* _____
_____  _____  _____
First Name      Middle Name      Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?  _____
Number      Street

_____

_____  _____  _____
City          State      ZIP Code

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 6:** Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:** Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Wendy Marie Maes Scavo** _____

Wendy Marie Maes Scavo, Debtor 1

Executed on **02/25/2025** _____
MM/ DD/ YYYY

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**X** **/s/ Darryl T. Landwehr**          Date **02/25/2025**

Signature of Attorney for Debtor              MM / DD / YYYY

**Darryl T. Landwehr**

Printed name

**Landwehr Law Firm, LLC**

Firm name

**650 Poydras Street Suite 2519**

Number          Street

**New Orleans**                    **LA**    **70130**

City                          State  ZIP Code

Contact phone **(504) 561-8086**      Email address **dtlandwehr@att.net**

**17677**                              **LA**

Bar number                          State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Wendy | Marie | Maes Scavo |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Louisiana**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1** **521-523 Newton St.**
   Street address, if available, or other description

   **Gretna, LA 70053**
   City     State     ZIP Code

   **Jefferson**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☑ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $228,800.00 | $151,008.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Homestead**

   ☑ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ......................... → | $151,008.00 |

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor __Maes Scavo, Wendy Marie__                                     Case number *(if known)* _____

---

3.1    Make:            __Audi__           **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Model:           __Q5__            ☑ Debtor 1 only
                                          ☐ Debtor 2 only
       Year:            __2017__          ☐ Debtor 1 and Debtor 2 only     **Current value of the**        **Current value of the**
                                          ☐ At least one of the debtors and another     **entire property?**     **portion you own?**
       Approximate mileage:  __25 918__   ☑ **Check if this is community property** (see         $13,124.00              $13,124.00
                                              instructions)

       Other information:

       | **Source of Value: NADA** |

If you own or have more than one, describe here:

3.2    Make:            __Toyota__         **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Model:           __4Runner__       ☑ Debtor 1 only
                                          ☐ Debtor 2 only
       Year:            __2017__          ☐ Debtor 1 and Debtor 2 only     **Current value of the**        **Current value of the**
                                          ☐ At least one of the debtors and another     **entire property?**     **portion you own?**
       Approximate mileage:  __55 722__   ☑ **Check if this is community property** (see         $25,264.00              $25,264.00
                                              instructions)

       Other information:

       |                           |

3.3    Make:            __Toyota__         **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Model:           __Corolla__       ☐ Debtor 1 only
                                          ☐ Debtor 2 only
       Year:            __2019__          ☐ Debtor 1 and Debtor 2 only     **Current value of the**        **Current value of the**
                                          ☑ At least one of the debtors and another     **entire property?**     **portion you own?**
       Approximate mileage:  __30,000__   ☑ **Check if this is community property** (see         $14,000.00              $7,000.00
                                              instructions)

       Other information:

       | **Vehicle is co-owned by debtor's spouse and daughter (50-50)** |

---

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

      *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

      ☑ No
      ☐ Yes

4.1    Make:            _____          **Who has an interest in the property?** Check one.    | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Model:           _____         ☐ Debtor 1 only
                                          ☐ Debtor 2 only
       Year:            _____         ☐ Debtor 1 and Debtor 2 only     **Current value of the**        **Current value of the**
                                          ☐ At least one of the debtors and another     **entire property?**     **portion you own?**
       Other information:                  ☐ **Check if this is community property** (see
                                              instructions)

       |                           |                                          _____        _____

---

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
      you have attached for Part 2. Write that number here** ....................................................➜    | $45,388.00 |

---

Official Form 106A/B                    **Schedule A/B: Property**                                      page **2**

Debtor  **Maes Scavo, Wendy Marie**                                          Case number *(if known)* _____

| **Part 3:** | Describe Your Personal and Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

6.  **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........  | See Attached. | **$2,635.00**

7.  **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........  | 2 Computers-MacBook Air, Computer-MacBook Pro, 3 cell phones, power station, solar panel for power station, 2 Samsung TVs, Samsung blue-Ray player, WII games console, X box, DVDs and Blu-ray's, blower motor, thermometic chips, soldering iron, fans, batteries, wires, robot vacuum cleaner, 2 ROKU sticks, network range extender, broken laser printer, shredder | **$250.00**

8.  **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........  | Painting easel, painting supplies, exercise equipment (mat, door bar, arm cuffs, TRX Bands, Total Gym), Scuba diving equipment and 4 oxygen tanks. | **$120.00**

10.  **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe. .........  | S&W M8P 15 TS with magazines & hard case, 5 Glocks with magazines; 300 ACC Blackout Upper receiver with holsters, slings, 2 holographic sights, & weapon lights; Glock toolkit with various parts and ammunition. | **$2,300.00**

11.  **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........  | Clothing and shoes | **$300.00**

Debtor  **Maes Scavo, Wendy Marie**                                                    Case number *(if known)* _____

---

**12.** **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| Costume jewelry | |
| Wedding rings and engagement ring | $2,750.00 |

**13.** **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific information. .............

See Attached.                                                   $450.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................................➜ | $8,805.00 |

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ...................................................................................................... Cash: ...................

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ...................                  Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Chase | $31.79 |
| 17.2. Checking account: | Jefferson Financial Federal Credit Union | $3,000.00 |
| 17.3. Savings account: | Jefferson Financial Federal Credit Union | $276.00 |
| 17.4. Other financial account: | Charles Schwab - Joseph A. Scavo, Jr. | $179.74 |

Debtor __Maes Scavo, Wendy Marie_____ Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .................. Institution or issuer name:

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific
    information about
    them................... Name of entity:             % of ownership:

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | WENDY M. MAES, D.D.S., A PROFESSIONAL CORPORATION | 100.00% | $0.00 |

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them................... Issuer name:

---

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately. Type of account:     Institution name:

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | Vanguard IRA | $534,354.81 |
    | 401(k) or similar plan: | Voya - Vanguard account | $5,932.69 |

Debtor    **Maes Scavo, Wendy Marie**               Case number *(if known)* _____

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*   Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes .....................       Institution name or individual:

                  Electric: _____    _____

                  Gas: _____    _____

                  Heating oil: _____    _____

                  Security deposit on rental unit: _____    _____

                  Prepaid rent: _____    _____

                  Telephone: _____    _____

                  Water: _____    _____

                  Rented furniture: _____    _____

                  Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ...................       Issuer name and description:

                  _____    _____

                  _____    _____

                  _____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .....................       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                  _____    _____

                  _____    _____

                  _____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...    [_____]    _____

---

Debtor  **Maes Scavo, Wendy Marie**  Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...  [_____]  _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific
    information about them. ...  **Dental license, Fed. DEA license, LA State CDS license**  **$0.00**

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☐ No

    ☑ Yes. Give specific information. ........  **Monies owed by Wendy Maes, DDS APC $23,987.56 (uncollectable)**  **$0.00**

---

Debtor **Maes Scavo, Wendy Marie**                    Case number *(if known)* _____

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
      of each policy and list its value. ...    Company name:          Beneficiary:          Surrender or refund value:

      _____    _____    _____

      _____    _____    _____

      _____    _____    _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........    [                    ]    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ...............    [                    ]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ...............    [                    ]    _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........    [                    ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................    ➜    **$543,775.03**

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

---

Debtor  **Maes Scavo, Wendy Marie**  _____    Case number *(if known)* _____

---

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... | _____ | _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... | _____ | _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe. .........  | **Dental Loupes, light, 2 batteries; dental instruments** | $100.00

41.  **Inventory**

☑ No

☐ Yes. Describe. ......... | _____ | _____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                          % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. ......... | _____ | _____

---

Debtor   **Maes Scavo, Wendy Marie**                                                    Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** ...................................................................................................   ➔   | $100.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

|  |
|---|
| **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................   |                                      |     _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............   |                                      |     _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................   |                                      |     _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................   |                                      |     _____

Debtor __Maes Scavo, Wendy Marie_____  Case number *(if known)* _____

| | | |
|---|---|---|
| 51. | **Any farm- and commercial fishing-related property you did not already list** | |
| | ☑ No | |
| | ☐ Yes. Give specific information. ............ | _____ |
| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................... ➜ | **$0.00** |

---

**Part 7:**     Describe All Property You Own or Have an Interest in That You Did Not List Above

| | | |
|---|---|---|
| 53. | **Do you have other property of any kind you did not already list?** | |
| | *Examples:* Season tickets, country club membership | |
| | ☑ No | |
| | ☐ Yes. Give specific information. ............ | _____ |
| 54. | **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................... ➜ | **$0.00** |

---

**Part 8:**     List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... ➜ | | **$151,008.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$45,388.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,805.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$543,775.03** | |
| 59. | **Part 5: Total business-related property, line 45** | **$100.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | +   **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61.** ............... | **$598,068.03** | Copy personal property total ➜ +   **$598,068.03** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62.** ...................................................................... | | **$749,076.03** |

Debtor **Maes Scavo, Wendy Marie** _____  Case number *(if known)* _____

| | Continuation Page |
|---|---|

**6.** Household goods and furnishings

12 Place settings and accessories of Noritake China, Waterford Crystal, 12 goblets, 12 champagne glasses, kitchenware, pots, pans, utensils, upright freezer, microwave oven, gas range, refrigerator/freezer, dishwasher, slow cooker, water filter, coffee maker, juicer, air fryer, toaster, KitchenAid mixer, blender and stick blender, 2 console tables, 2 recliners, 2 sofas, 3 armoires, Lane 2-tier side table, coffee table, 5 lamps, 2 large TV stand/storage units, floor fan, portable AC/heater, small dining table with chairs, two-piece restaurant booth, 5 diner stools, Hoosier armoire, narrow console table, curio cabinet, dining room table with 2 dining chairs, large chaise, 2 wood cabinets, one 2-drawer and one 4-drawer filing cabinets, 2 desk lamps, desk accessories, office desk/shelf, 2 desk chairs, plant stand, Student desk/loft bed, storage unit, king-size bed, end bed storage unit, 2 nightstands, dresser, 2 mirrored standing jewelry cases, 2 closet organizer systems, washer and dryer, iron and board, Dyson vacuum cleaner, 2 12 volt refrigerators, glass door cabinet with 50 vintage books, 5 large metal shelving units.                           $800.00

2 Honda gas generators                                                                 $1,000.00

gun safe, hard rifle case                                                              $200.00

Model ship in display case.
Bride doll in display case.                                                            unknown

motorcycle helmet, bowling ball and case, leather gear backpack/computer carrier, various other backpacks, software development books, suitcases, forerunner seat covers, small hand truck, modified hitch bike rack, 8 gas cans, to waterproof bags, hitch mount a cargo carrier, hitch mounted spare tire carrier, extra spare tire, hitch mounted swing arm, emergency freeze-dried food                      $200.00

Snow globes                                                                            $25.00

vintage bubble gum machine                                                            $10.00

Yamaha piano, acoustic guitar                                                         $400.00

**14.** Any other personal and household items you did not already list, including any health aids you did not list

Guinea pig cages (2), Level IV ballistic plates and carrier, various vehicle recovery items, small radiators, Emergency Freeze Dried Food, Craft Supplies, Toy Refrigerator/Stove/Pantry Set, Craft supplies.                               $200.00

Tools and ladder                                                                       $50.00

two (2) Auto Pap-medical equipment                                                    $200.00

```
Fill in this information to identify your case:

Debtor 1        Wendy          Marie           Maes Scavo
                First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name    Last Name

United States Bankruptcy Court for the:    Eastern     District of    Louisiana

Case number
(if known)
```

☐ Check if this is an
   amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Audi Q5**<br><br>Line from *Schedule A/B*: **3.1** | **$13,124.00** | ☑ **$7,500.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(7)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 04/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Wendy**              **Marie**            **Maes Scavo**              Case number *(if known)* _____

            First Name        Middle Name     Last Name

**Part 2:**    Additional Page

| Brief description of the property and | Current value of the | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| property | | *Check only one box for each exemption.* | |
| | Copy the value from *Schedule A/B* | | |

Brief description:

**12 Place settings and accessories of Noritake China, Waterford Crystal, 12 goblets, 12 champagne glasses, kitchenware, pots, pans, utensils, upright freezer, microwave oven, gas range, refrigerator/freezer, dishwasher, slow cooker, water filter, coffee maker, juicer, air fryer, toaster, KitchenAid mixer, blender and stick blender, 2 console tables, 2 recliners, 2 sofas, 3 armoires, Lane 2-tier side table, coffee table, 5 lamps, 2 large TV stand/storage units, floor fan, portable AC/heater, small dining table with chairs, two-piece restaurant booth, 5 diner stools, Hoosier armoire, narrow console table, curio cabinet, dining room table with 2 dining chairs, large chaise, 2 wood cabinets, one 2-drawer and one 4-drawer filing cabinets, 2 desk lamps, desk accessories, office desk/shelf, 2 desk chairs, plant stand, Student desk/loft bed, storage unit, king-size bed, end bed storage unit, 2 nightstands, dresser, 2 mirrored standing jewelry cases, 2 closet organizer systems, washer and dryer, iron and board, Dyson vacuum cleaner, 2 12 volt refrigerators, glass door cabinet with 50 vintage books, 5**

**$800.00**

| Brief description of the property and describes this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B*: __6__ | | ☑ __$800.00__<br><br>☐ 100% of fair market value, up to any applicable statutory limit | __La. R.S. § 13:3881(A)(4)__ |

Official Form 106C  **Schedule C: The Property You Claim as Exempt**  page __2__ of __4__

Debtor 1   **Wendy**          **Marie**          **Maes Scavo**          Case number *(if known)* _____

First Name        Middle Name        Last Name

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2 Honda gas generators** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Line from *Schedule A/B:* **6** | | | |
| Brief description: **S&W M8P 15 TS with magazines & hard case, 5 Glocks with magazines; 300 ACC Blackout Upper receiver with holsters, slings, 2 holographic sights, & weapon lights; Glock toolkit with various parts and ammunition.** | $2,300.00 | ☑ $2,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Line from *Schedule A/B:* **10** | | | |
| Brief description: **Clothing and shoes** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Line from *Schedule A/B:* **11** | | | |
| Brief description: **Wedding rings and engagement ring** | $2,600.00 | ☑ $2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(5) |
| Line from *Schedule A/B:* **12** | | | |
| Brief description: **two (2) Auto Pap-medical equipment** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13:3881(A)(4) |
| Line from *Schedule A/B:* **14** | | | |
| Brief description: **Vanguard IRA** | $534,354.81 | ☑ $534,354.81<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 20:33(1) |
| Line from *Schedule A/B:* **21** | | | |
| Brief description: **Voya - Vanguard account** | $5,932.69 | ☑ $5,932.69<br>☐ 100% of fair market value, up to any applicable statutory limit | La. R.S. § 13-3881(D) |
| Line from *Schedule A/B:* **21** | | | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Dental Loupes, light, 2 batteries; dental instruments**<br><br>Line from *Schedule A/B*: **40.1** | **$100.00** | ☑ **$100.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(2)** |

Fill in this information to identify your case:

| Debtor 1 | __Wendy__ | __Marie__ | __Maes Scavo__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ____**Eastern**____ District of ____**Louisiana**____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1**   **PNC Bank** | Describe the property that secures the claim: | $63,809.67 | $151,008.00 | $0.00 |
| Creditor's Name | | | | |
| **P. O. Box 1820** | **521-523 Newton St. Gretna, LA 70053** | | | |
| Number    Street | | | | |
| | **As of the date you file, the claim is:** Check all that apply. | | | |
| **Dayton, OH 45401-1820** | ☐ Contingent | | | |
| City   State   ZIP Code | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| ☐ **Check if this claim relates to a community debt** | | | | |
| Date debt was incurred   **1996** | Last 4 digits of account number   **5   0   1   0** | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $63,809.67 |
|---|---|

| Debtor 1 | Wendy | Marie | Maes Scavo | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2**

| **Toyota Motor Credit Corp** | Describe the property that secures the claim: | $6,684.62 | $7,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 105386**

Number          Street

**2019 Toyota Corolla**
Vehicle is co-owned by debtor's spouse and daughter (50-50)

**As of the date you file, the claim is:** Check all that apply.

**Atlanta, GA 30348-5386**

City          State          ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    **1/30/2021**          Last 4 digits of account number    **2  6  7  1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $6,684.62 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $70,494.29 |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **2**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Louisiana**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** **Biohorizons Implant Systems, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | **$46.09** |

Nonpriority Creditor's Name

**P.O. Box 121237**

Number          Street

**When was the debt incurred?** _____

**Dallas, TX 75312-1237**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**Remarks:** Business Debt

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.2** **Chase Ink**

Nonpriority Creditor's Name

**P.O. Box 15123**

Number          Street

**Wilmington, DE 19850-5123**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Credit Card Debt

Last 4 digits of account number   **1   1   8   6**          **$91,883.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Credit Card Debt**

---

**4.3** **Chase Slate**

Nonpriority Creditor's Name

**P.O. Box 15123**

Number          Street

**Wilmington, DE 19850-5123**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9   1   8   7**          **$8,009.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Credit Card Debt**

---

| Debtor 1 | Wendy | Marie | Maes Scavo | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.4**   **Citi**

Nonpriority Creditor's Name

**P.O. Box 6741**

Number      Street

**Sioux Falls, SD 57117-6741**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Personal Credit Card Debt

Last 4 digits of account number   7   3   7   2      **$23,561.55**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Credit Card Debt**

---

**4.5**   **Cox Communications**

Nonpriority Creditor's Name

**P. O. Box 1259 Dept #99588**

Number      Street

**Oaks, PA 19456**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$963.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.6** **Den-Mat**

Nonpriority Creditor's Name

**P.O. Box 1729**

Number          Street

**Lompoc, CA 93438**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___          $497.90

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

**4.7** **Denta Brush**

Nonpriority Creditor's Name

**170 Acadia Lake Dr.**

Number          Street

**Brownsville, TX 78521**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business debt

Last 4 digits of account number ___ ___ ___ ___          $70.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.8** | **Dental Fix RX**

Nonpriority Creditor's Name

**8814 Veterans Memorial Blvd. 3-353**

Number          Street

**Metairie, LA 70003**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___          **$400.94**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

**4.9** | **Discover**

Nonpriority Creditor's Name

**P.O. Box 71242**

Number          Street

**Charlotte, NC 28272-1242**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  6  7  5          **$8,447.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Personal Credit Card Debt**

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.10**

**Dynamic Media**
Nonpriority Creditor's Name

**38283 Mound Road**
Number     Street

**Sterling Heights, MI 48310**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___     **$395.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.11**

**Elavon, Inc.**
Nonpriority Creditor's Name

**7300 Chapman Highway**
Number     Street

**Knoxville, TN 37920-6612**
City     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7   3   1   2     **$5,187.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Dental Business Service** _____

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.12**

**Foliage Systems**
Nonpriority Creditor's Name

**624 Lowerline**
Number          Street

**New Orleans, LA 70118**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Debt

**Last 4 digits of account number**  ___ ___ ___ ___          **$1,469.54**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.13**

**Glidewell**
Nonpriority Creditor's Name

**4141 MacArthur Blvd.**
Number          Street

**Newport Beach, CA 92660**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Debt

**Last 4 digits of account number**  ___ ___ ___ ___          **$7,190.22**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.14** **Health First**

Nonpriority Creditor's Name

**Dept CH 14330**

Number          Street

**Palatine, IL 60055-4330**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: $396.81**

---

**4.15** **J. P. MORGAN CHASE BANK N.A.**

Nonpriority Creditor's Name

**P.O. Box 6294**

Number          Street

**Carol Stream, IL 60197-6294**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Personal Credit Card Debt

Last 4 digits of account number **2 0 4 9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Personal Credit Card Debt**

**Total claim: $21,545.74**

---

Debtor 1    **Wendy**      **Marie**      **Maes Scavo**      Case number *(if known)* _____

           First Name         Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.16**   **Jefferson Parish Sheriff's Office**

Nonpriority Creditor's Name

**P.O. Box 248**

Number      Street

**Gretna, LA 70054**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number   ___ ___ ___ ___     **unknown**

When was the debt incurred?     **Dec. 2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Property Taxes**

---

**4.17**   **Louisiana Department of Revenue**

Nonpriority Creditor's Name

**P. O. Box 201**

Number      Street

**Baton Rouge, LA 70821-0201**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **7**   **9**   **4**   **1**     **$1,425.30**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1 **Wendy** **Marie** **Maes Scavo**

First Name      Middle Name      Last Name

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.18**   **OrthoSelect**

Nonpriority Creditor's Name

**831 E. 340 S.**

Number      Street

**American Fork, UT 84003**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___      **$44.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Debt**

---

**4.19**   **Patterson Dental Supply Co.**

Nonpriority Creditor's Name

**107 Mallard St.**

Number      Street

**Saint Rose, LA 70087**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Business debt

Last 4 digits of account number   4   1   6   8      **$9,052.44**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Dental Business Supplies**

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.20**

**Pitney Bowes**
Nonpriority Creditor's Name

**P.O. Box 55848**
Number          Street

**Sherman Oaks, CA 91413**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0   3   3   1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Lease**

**$1,087.25**

---

**4.21**

**Pitney Bowes**
Nonpriority Creditor's Name

**P.O. Box 55848**
Number          Street

**Sherman Oaks, CA 91413**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

**$1,336.49**

**Remarks:** business lease

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.22**

| **Raymond Maes** | | **$2,208.90** |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | |

**3881 Chriswood Lane**

Number     Street

**When was the debt incurred?** _____

**Harvey, LA 70058**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt

**4.23**

| **Regions Bank** | | **$404,963.78** |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | |

**400 Poydras St.**

Number     Street

**When was the debt incurred?** _____

**New Orleans, LA 70130**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.24** **Regions Bank**

Nonpriority Creditor's Name

**3929 Veterans Memorial Blvd.**

Number          Street

**Metairie, LA 70002**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Total claim** $60.10

---

**4.25** **Robert J. Guidry Investments, LLC**

Nonpriority Creditor's Name

**1901 Manhattan Blvd. Suite H-101**

Number          Street

**Harvey, LA 70058**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Lease

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 3/22/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Office Lease**

**Total claim** $793,930.44

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | | |
|---|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.26** **SBA (Disaster COVID-19 Economic Injury)**

Nonpriority Creditor's Name

**14925 Kingsport Rd.**

Number          Street

**Fort Worth, TX 76155**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Loan Debt

Last 4 digits of account number   **7   2   1   0**

When was the debt incurred?          **4/20/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Loan Debt**

$45,200.00

---

**4.27** **Solventum Unitek**

Nonpriority Creditor's Name

Number          Street

**Monrovia, CA 91016-5097**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

$497.04

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.28** **Surfing Gator**

Nonpriority Creditor's Name

**1308 Raft Pk.**

Number          Street

**Metairie, LA 70001**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number  ___ ___ ___ ___          **$105.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

---

**4.29** **The Real Yellow Pages**

Nonpriority Creditor's Name

**P.O. Box 619810**

Number          Street

**Dallas, TX 75261-9810**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Business debt

Last 4 digits of account number  ___ ___ ___ ___          **$12,049.16**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Debt**

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.30** **Triple O International Lab & Supply Co.**

Nonpriority Creditor's Name

**200 E. Pecan**

**P.O. Box 1419**

Number                    Street

**Gainesville, TX 76240**

City                  State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**Total claim** $189.50

---

**4.31** **Woodland Oaks, LLC**

Nonpriority Creditor's Name

**P.O. BOX 2304**

Number                    Street

**Harvey, LA 70059**

City                  State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Business Debt

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt**

**unknown**

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.32** | **Xerox Financial Services**

Nonpriority Creditor's Name

**P.O. Box 202882**

Number          Street

**Dallas, TX 75320-2882**

City          State          ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**$2,841.58**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Lease**

Debtor 1    **Wendy**      **Marie**      **Maes Scavo**      Case number *(if known)* _____

First Name      Middle Name      Last Name

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**1**   Transworld Systems, Inc.

Name

P. O. Box 15130

Number    Street

Wilmington, DE 19850-5130

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   1   1   8   6

---

**2**   UCB

Name

P. O. Box 1418

Number    Street

Maumee, OH 43537

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __   __   __   __

---

**3**   cardmember services

Name

P. O. Box 15548

Number    Street

Wilmington, DE 19886-5548

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   1   1   8   6

---

**4**   Capital Management Services, LP

Name

698 1/2 S. Ogden St.

Number    Street

Buffalo, NY 14206-2317

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   7   3   7   2

---

**5**   Raush Sturm, LLP

Name

250 N. Sunnyslope Road 300

Number    Street

Brookfield, WI 53005

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __   __   __   __

---

**6**   Ellavon Settlement Recovery

Name

P. O. Box 86 SDS 12-2291

Number    Street

Minneapolis, MN 55486-0086

City      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __   __   __   __

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**7** ARS national services Inc.
Name

P. O. Box 469046
Number     Street

Escondido, CA 92046-9046
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _2_ _0_ _4_ _9_

---

**8** credit control, LLC
Name

3300 Ryder Trl. S. Suite 500
Number     Street

Earth City, MO 63045
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _1_ _1_ _5_ _1_

---

**9** MRS BPO, LLC
Name

1930 Olney Ave.
Number     Street

Cherry Hill, NJ 08003-2016
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _3_ _8_ _3_ _0_

---

**10** Commercial Collectors, Inc.
Name

P.0. Box 337
Number     Street

Montrose, MN 55363
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**11** Caine and Weiner
Name

P. O. Box 55848
Number     Street

Sherman Oaks, CA 91413
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _1_ _3_ _0_ _9_

---

**12** McCarthy, Burgess and Wolff
Name

2600 Cannon Rd.
Number     Street

Bedford, OH 44146
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**13** | **James Austin**
Name

**445 N. Blvd. Suite 300**
Number   Street


**Baton Rouge, LA 70802**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**14** | **National enterprise systems**
Name

**209125 Solon Rd.**
Number   Street


**Solon, OH 44139-3442**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **G  0  0  1**

---

**15** | **ABC/Omega**
Name

**500 Seneca St. 503**
Number   Street


**Buffalo, NY 14204-1963**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**16** | **First Collection Services**
Name

**P.O. Box 3564**
Number   Street


**Little Rock, AR 72203-3564**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.29** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**17** | **Jason B. Patrick**
Name

**P. O. Box 312277**
Number   Street


**Enterprise, AL 36331**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**18** | **JSD Management, Inc.**
Name

**1283 College Park Dr.**
Number   Street


**Dover, DE 19904-8713**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **5  2  0  3**

---

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $1,445,056.68 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $1,445,056.68 |

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 21 of 21

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Wendy**     **Marie**     **Maes Scavo** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Louisiana** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number    Street | |
| | City      State    ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number    Street | |
| | City      State    ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number    Street | |
| | City      State    ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number    Street | |
| | City      State    ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Louisiana** _____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors                                                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____ **Louisiana** _____. Fill in the name and current address of that person.

   **Scavo Jr, Joseph A.**
   Name of your spouse, former spouse, or legal equivalent
   **523 Newton St.**
   Number        Street
   **Gretna, LA 70053**
   City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Christina Scavo** | ☑ Schedule D, line ____**2.2**____ |
| Name | ☐ Schedule E/F, line _____ |
| **523 Newton St.** | ☐ Schedule G, line _____ |
| Number        Street | |
| **Gretna, LA 70053** | |
| City        State        ZIP Code | |
| **3.2** **Dwight D. Landry, D.D.S., A Professional Corporation** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line ____**4.24**____ |
| **1901 MANHATTAN BLVD F-201** | ☐ Schedule G, line _____ |
| Number        Street | |
| **Harvey, LA 70058** | |
| City        State        ZIP Code | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**
DWIGHT D. LANDRY, D.D.S., APDC
Name
**13353 HIGHWAY 73, SUITE A**
Number          Street
**Geismar, LA 70734-3000**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.26**
☐ Schedule G, line _____

**3.4**
**Landry, DWIGHT D.**
Name
**13353 HIGHWAY 73 A**
Number          Street
**Geismar, LA 70734-3000**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.26**
☐ Schedule G, line _____

**3.5**
**WENDY M MAES DDS A PROFESSIONAL CORPORATION**
Name
**523 NEWTON ST**
Number          Street
**Gretna, LA 70053**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.28**
☐ Schedule G, line _____

**3.6**
**Wendy M. Maes DDS APC**
Name
**1901 Manhattan Blvd. 201**
Number          Street
**Harvey, LA 70058**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line
**4.1, 4.5, 4.6, 4.7, 4.8, 4.10, 4.12, 4.13, 4.14, 4.18, 4.22, 4.29**
☐ Schedule G, line _____

**3.7**
**WENDY M. MAES, D.D.S., A PROFESSIONAL CORPORATION**
Name
**1901 MANHATTAN BLVD, BLDG F 201**
Number          Street
**Harvey, LA 70058**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.20, 4.21, 4.27**
☐ Schedule G, line _____

**3.8**
**WENDY M. MAES, D.D.S., A PROFESSIONAL CORPORATION**
Name
**1901 MANHATTAN BLVD BLDG F 201**
Number          Street
**Harvey, LA 70058**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.20, 4.21, 4.27**
☐ Schedule G, line _____

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.9**

**WENDY M. MAES, D.D.S., APC**
Name

**1901 MANHATTAN BLVD BLDG F 201**
Number      Street

**Harvey, LA 70058**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.16, 4.24, 4.26, 4.31, 4.33**

☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Louisiana** | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☑ Not Employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | **Assistant Clinical Professor** | |
| | **Employer's name** | **LSU Health Sciences Center** | |
| Include part time, seasonal, or self-employed work. | **Employer's address** | **433 Bolivar St.** | |
| | | Number Street | Number Street |
| Occupation may include student or homemaker, if it applies. | | | |
| | | **New Orleans, LA 70122-6049** | |
| | | City State Zip Code | City State Zip Code |
| | **How long employed there?** | **6 months** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | **$10,416.67** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$10,416.67** | **$0.00** |

| Debtor 1 | Wendy | Marie | Maes Scavo | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here..........................................................→ | 4. | $10,416.67 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $820.96 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $833.33 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $495.32 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify:  Dental insurance | 5h. + | $79.06 + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $2,228.67 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $8,188.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify:  Income from All Other Sources | 8h. + | $1,018.44 + | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $1,018.44 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $9,206.44 + | $0.00 = | $9,206.44 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. | | | |
| | Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: | 11. + | | $0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies | 12. | | $9,206.44 |
| | | | | Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Wendy** **Marie** **Maes Scavo** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Louisiana** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 22 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. **$2,723.47** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$200.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$0.00** |

Debtor 1    **Wendy**     **Marie**     **Maes Scavo**

First Name     Middle Name     Last Name

Case number *(if known)* _____

| | | Your expenses |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $384.52 |
| | 6b. Water, sewer, garbage collection | 6b. | $181.72 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $513.94 |
| | 6d. Other. Specify: __Home security - ADT__ | 6d. | $64.36 |
| 7. | **Food and housekeeping supplies** | 7. | $1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $100.00 |
| 10. | **Personal care products and services** | 10. | $100.00 |
| 11. | **Medical and dental expenses** | 11. | $200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $175.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $381.65 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $0.00 |
| | 15d. Other insurance. Specify: __professional liability insurance__ | 15d. | $450.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __disability insurance__ | 16. | $279.79 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 __2019 Toyota Corolla__ | 17a. | $270.52 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

21. **Other.** Specify:
    **professional license renewal, professional association dues, DEA license, CDS-Louisiana license, continuing education**

    21. $+$ _____ **$200.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.

    22a. _____ **$7,524.97**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

    22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.

    22c. _____ **$7,524.97**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*

    23a. _____ **$9,206.44**

    23b. Copy your monthly expenses from line 22c above.

    23b. $-$ _____ **$7,524.97**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*

    23c. _____ **$1,681.47**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Louisiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................ | $151,008.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................... | $598,068.03 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................ | $749,076.03 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $70,494.29 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $1,445,056.68 |
| | **Your total liabilities** $1,515,550.97 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................ | $9,206.44 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $7,524.97 |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Wendy**     **Marie**     **Maes Scavo** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Louisiana** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Wendy Marie Maes Scavo**

Wendy Marie Maes Scavo, Debtor 1

Date **02/25/2025**

MM/ DD/ YYYY

**Fill in this information to identify your case:**

Debtor 1        __Wendy__        __Marie__        __Maes Scavo__
                First Name       Middle Name      Last Name

Debtor 2        _____
(Spouse, if filing)   First Name       Middle Name      Last Name

United States Bankruptcy Court for the:    __Eastern District of Louisiana__

Case number     _____
(if known)

❑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ From _____ | | _____ From _____ | |
| Number   Street To _____ | | Number   Street To _____ | |
| _____ | | _____ | |
| City        State  ZIP Code | | City        State  ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ From _____ | | _____ From _____ | |
| Number   Street To _____ | | Number   Street To _____ | |
| _____ | | _____ | |
| City        State  ZIP Code | | City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

❑ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1     __Wendy_____     __Marie_____     __Maes Scavo_____          Case number *(if known)* _____
             First Name             Middle Name            Last Name

**Part 2:**  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$10,416.67** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2024__)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$94,031.22** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$98,073.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Debtor's brother - 1/3 of mortgage and one-half of utilities** | **$1,018.44** | | |
| **For last calendar year:**<br>(January 1 to December 31, __2024__)<br>YYYY | | | **dividends received by debtor's spouse** | **$10,872.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__)<br>YYYY | | | **dividends received by debtor's spouse** | **$11,089.00** |

Debtor 1    **Wendy**        **Marie**        **Maes Scavo**
_____    Case number (if known) _____
            First Name      Middle Name      Last Name

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☐ No. Go to line 7.

   ☑ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **PNC Bank** <br> Creditor's Name <br> **P. O. Box 1820** <br> Number    Street <br> **Dayton, OH 45401-1820** <br> City            State    ZIP Code | **11/26/2024** <br><br> **12/26/2024** <br><br> **01/26/2025** | **$8,170.41** | **$63,809.67** | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Toyota Motor Credit Corp** <br> Creditor's Name <br> **P.O. Box 105386** <br> Number    Street <br> **Atlanta, GA 30348-5386** <br> City            State    ZIP Code | **11/24/2024** <br><br> **12/23/2024** <br><br> **01/23/2025** | **$811.56** | **$11,166.93** | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Chase Slate** <br> Creditor's Name <br> **P.O. Box 15123** <br> Number    Street <br> **Wilmington, DE 19850-5123** <br> City            State    ZIP Code | **11/06/2024** <br><br> **12/06/2024** <br><br> **01/06/2025** | **$1,845.00** | **$7,927.70** | ☐ Mortgage <br> ☐ Car <br> ☑ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
_Insiders_ include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

Debtor 1    **Wendy**      **Marie**      **Maes Scavo**        Case number *(if known)*

First Name       Middle Name       Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title   **Regions Bank vs. Wendy M. Maes, D.D.S., APC and Wendy Maes Scavo** | **Suit on note and guaranty** | **24th JDC Parish of Jefferson, Div. P** <br> Court Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **852229** | | Number   Street | |
| | | City    State    ZIP Code | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Case title | **Elavon, Inc. vs. Wendy M. Maes D.D.S., APC and Wendy Maes** | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| | | **Suit on lease and guaranty** | **Second Parish Court, Parish of Jefferson** <br> Court Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **142-048** | | Number Street <br><br> City State ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number Street | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| City State ZIP Code | ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number Street | | | |
| City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| Number     Street | | | |
| City                       State     ZIP Code | | | |
| Person's relationship to you | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Number     Street | | | |
| City                       State     ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Landwehr Law Firm, LLC** <br> Person Who Was Paid | **Attorney's Fee retainer; for Chapter 11 filing fee; for Chapter 11 filing fee** | | |
| **650 Poydras Street Suite 2519** <br> Number  Street | | 07/14/2024 | $20,000.00 |
| | | 10/17/2024 | $750.00 |
| **New Orleans, LA 70130** <br> City  State  ZIP Code | | 01/23/2025 | $988.00 |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ <br> Person Who Was Paid | | | |
| _____ <br> Number  Street | | _____ | _____ |
| | | _____ | _____ |
| _____ <br> City  State  ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Wendy**    **Marie**    **Maes Scavo**      Case number *(if known)* _____

First Name    Middle Name    Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | |
| | | | |
| City    State   ZIP Code | | | |

Person's relationship to you _____

---

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| Description and value of the property transferred | Date transfer was made |
|---|---|
| | |

Name of trust _____

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Vanguard**<br>Name of Financial Institution | XXXX– 7 8 1 9 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>**401(k) rolled over to an IRA with**<br>☑ Other **Vanguard** | 09/01/2024 | $519,041.70 |
| Number   Street | | | | |
| City    State   ZIP Code | | | | |

| Debtor 1 | Wendy | Marie | Maes Scavo | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ Name of Financial Institution | _____ Name | | ☐ No ☐ Yes |
| _____ Number     Street | _____ Number     Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage** Name of Storage Facility | _____ Name | **Property of Wendy M. Maes DDS, A Professional Corporation, is stored there (no personal property)** | ☐ No ☑ Yes |
| **1850 Lapalco Blvd.** Number     Street | _____ Number     Street | | |
| **Harvey, LA 70058** City          State    ZIP Code | _____ City          State    ZIP Code | | |
| **Dr. Diem Do** Name of Storage Facility | _____ Name | **one plasma ARC dental curing light, miscellaneous orthodontic instruments and supplies - property of Wendy Maes, DDS, APC. Storage was discontinued on September 26, 2024, and some of the property is currently located at the debtor's home and some of the property is currently located at 5220 Lapalco Boulevard, Marrero.** | ☑ No ☐ Yes |
| **5220 Lapalco Boulevard** Number     Street | _____ Number     Street | | |
| **Marrero, LA 70072** City          State    ZIP Code | _____ City          State    ZIP Code | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

Debtor 1 **Wendy** **Marie** **Maes Scavo** Case number *(if known)* _____

First Name Middle Name Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Wendy M. Maes, DDS, A Professional Corporation**<br>Owner's Name | **523 Newton St.**<br>Number Street | **Patient records/documents.** | **$0.00** |
| Number Street | | | |
| | **Gretna, LA 70053**<br>City State ZIP Code | | |
| **Harvey, LA 70058**<br>City State ZIP Code | | | |
| **Wendy M. Maes, DDS, A Professional Corporation**<br>Owner's Name | **523 Newton St.**<br>Number Street | **one plasma arc dental curing light, miscellaneous orthodontic instruments and supplies, computers, credit card machines, etc.** | **$500.00** |
| Number Street | | | |
| | **Gretna, LA 70053**<br>City State ZIP Code | | |
| **70058**<br>City State ZIP Code | | | |

---

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City           State   ZIP Code | | |
| City           State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City           State   ZIP Code | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Wendy M. Maes, DDS, APC**<br>Name<br><br>**(business no longer operating)** | **dental services (company no longer operating)** | EIN: _7_ _2_ – _1_ _0_ _5_ _4_ _1_ _3_ _7_ |
| **1901 Manhattan Blvd. Building F, Suite 201**<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| **Harvey, LA 70058**<br>City             State      ZIP Code | | From _12/28/2015_ To _06/15/2023_ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Regions Bank**<br>Name | _09/13/2022_<br>MM / DD / YYYY |
| **400 Poydras St. 2200**<br>Number    Street | |
| | |
| **New Orleans, LA 70130**<br>City             State      ZIP Code | |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Wendy Marie Maes Scavo**

Signature of Wendy Marie Maes Scavo, Debtor 1

Date **02/25/2025**

**Did you attach additional pages to your** *Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

**In re**    Maes Scavo, Wendy Marie

Case No. _____

**Debtor**    Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... **$20,000.00**

Prior to the filing of this statement I have received ................................................................... **$20,000.00**

Balance Due ................................................................................................................................... **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

Debtor remitted, prepetition, the sum of $20,000.00 to counsel as a retainer and the sum of $1,738.00 for the Chapter 11 filing fee to be remitted to the clerk of Court, United States Bankruptcy Court. Post-petition services rendered by counsel are to be charged/billed at the rate of $375.00 per hour, plus costs incurred. Pre-petition services rendered by counsel were charged/billed at the rate of $300.00 per hour

Prior to the filing of the petition, counsel expended approximately $ in services on behalf of the debtor that were associated with and in connection with the filing of her voluntary petition, e.g., preparation of bankruptcy schedules, statement of financial affairs and related documents, including the reviewing of documents provided by the debtors.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/25/2025 | /s/ Darryl T. Landwehr |
|---|---|
| *Date* | Darryl T. Landwehr |
| | *Signature of Attorney* |
| | Bar Number: 17677 |
| | Landwehr Law Firm, LLC |
| | 650 Poydras Street Suite 2519 |
| | New Orleans, LA 70130 |
| | Phone: (504) 561-8086 |
| | **Landwehr Law Firm, LLC** |
| | *Name of law firm* |

---

**EXHIBIT A**

**Bankruptcy Rule 2016(b) Disclosure of Fixed Fee Agreement**

1.      I, <u>Darryl T. Landwehr</u>, have agreed to provide the following services to the Debtor(s) on a fixed fee basis for a period ending not less than 120 days after confirmation of Debtor(s)' Chapter 13 plan:

   A.      Counsel with the debtor(s) on an as-needed basis;

   B.      Prepare and timely file a proposed Chapter 13 plan and any required amendments to the plan;

   C.      Prepare and timely file the required petition, schedules, statement of financial affairs, and all other required documents;

   D.      Prepare and file miscellaneous motions required to protect the debtor(s)' interests in the case;

   E.      Prepare and file responses to motions filed against debtor(s)-even if the response is a statement that the debtor(s) have no opposition to the relief requested;[5]

   F.      Attend the § 341(a) meeting of creditors;

   G.      Review all proofs of claim filed; file proofs of claim for secured or priority claimants provided for under the plan if the claimant does not timely file a proof of claim; and modify the plan after confirmation or object should a timely filed proof of claim require greater distributions than provided for by the confirmed plan;

   H.      Prepare and file objections to claims necessary to confirm, implement, or enforce the terms of a plan which could have been brought within 120 days of confirmation;

   I.      Attend the confirmation hearing, if required under the circumstances, including, but not limited to, if an Objection is filed; and

   J.      Advise the debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

2.      The fixed-fee agreement does not include the following services:

   A.      Representation of the debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

   B.      Representation of the debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

---

[5]      The requirement to attend scheduled hearings has been removed and is superseded by this Court's Amended General Order 2021-2 governing conduct of hearings.

C.      Representation of the debtor(s) in any matter in which the Court orders fee-shifting pursuant to which fees are to be paid by a person other than the debtor(s); and

D.      Representation on matters for which the first hearing is set more than 120 days following confirmation.

3.      I have not shared or agreed to share any of the compensation paid or to be paid. The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

4.      As of the filing of the petition, I have received $ ___20,000.00___ in compensation and $ ___0.00___ will be paid under the chapter 13 plan.


Dated: ___02/25/2025___            ___/s/ Darryl T. Landwehr___
                                              Counsel to the Debtor(s)

2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Louisiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   > Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $9,401.78 | $0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 (Column A)  $0.00 (Column B) |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 (Column A)  $0.00 (Column B) |

| Debtor 1 | **Wendy** | **Marie** | **Maes Scavo** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................... ↓

| | |
|---|---|
| For you.................................................................. | $0.00 |
| For your spouse...................................................... | $0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | Column A | Column B |
|---|---|---|
| | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| **Income from All Other Sources** | $1,018.44 | $0.00 |

| | | |
|---|---|---|
| Total amounts from separate pages, if any. | + _____ | + _____ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$10,420.22 + $0.00 = $10,420.22

**Total average monthly income**

---

**Part 2:** Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Wendy Marie Maes Scavo** _____
Signature of Debtor 1

Date **02/25/2025** _____
MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: **Maes Scavo, Wendy Marie**                                      CASE NO

                                                                        CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **02/25/2025**       Signature _____ **/s/ Wendy Marie Maes Scavo** _____

                                                    Wendy Marie Maes Scavo, Debtor

ABC/Omega
500 Seneca St. 503
Buffalo, NY 14204-1963

ARS national services Inc.
P. O. Box 469046
Escondido, CA 92046-9046

Biohorizons Implant Systems,
Inc.
P.O. Box 121237
Dallas, TX 75312-1237

Caine and Weiner
P. O. Box 55848
Sherman Oaks, CA 91413

Capital Management Services,
LP
698 1/2 S. Ogden St.
Buffalo, NY 14206-2317

cardmember services
P. O. Box 15548
Wilmington, DE 19886-5548

Chase Ink
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Slate
P.O. Box 15123
Wilmington, DE 19850-5123

Christina Scavo
523 Newton St.
Gretna, LA 70053


Citi
P.O. Box 6741
Sioux Falls, SD 57117-6741


Commercial Collectors, Inc.
P.O. Box 337
Montrose, MN 55363


Cox Communications
P. O. Box 1259 Dept #99588
Oaks, PA 19456


credit control, LLC
3300 Ryder Trl. S. Suite 500
Earth City, MO 63045


Den-Mat
P.O. Box 1729
Lompoc, CA 93438


Denta Brush
170 Acadia Lake Dr.
Brownsville, TX 78521


Dental Fix RX
8814 Veterans Memorial Blvd. 3-353
Metairie, LA 70003

Discover
P.O. Box 71242
Charlotte, NC 28272-1242

Dwight D. Landry, D.D.S., A
Professional Corporation
1901 MANHATTAN BLVD F-201
Harvey, LA 70058

DWIGHT D. LANDRY, D.D.S.,
APDC
13353 HIGHWAY 73, SUITE A
Geismar, LA 70734-3000

Dynamic Media
38283 Mound Road
Sterling Heights, MI 48310

Elavon, Inc.
7300 Chapman Highway
Knoxville, TN 37920-6612

Ellavon Settlement Recovery
P.O. Box 86 SDS 12-2291
Minneapolis, MN 55486-0086

First Collection Services
P.O. Box 3564
Little Rock, AR 72203-3564

Foliage Systems
624 Lowerline
New Orleans, LA 70118

Glidewell
4141 MacArthur Blvd.
Newport Beach, CA 92660

Health First
Dept CH 14330
Palatine, IL 60055-4330

J. P. MORGAN CHASE BANK
N.A.
P.O. Box 6294
Carol Stream, IL 60197-6294

James Austin
445 N. Blvd. Suite 300
Baton Rouge, LA 70802

Jason B. Patrick
P. O. Box 312277
Enterprise, AL 36331

Jefferson Parish Sheriff's
Office
P.O. Box 248
Gretna, LA 70054

JSD Management, Inc.
1283 College Park Dr.
Dover, DE 19904-8713

DWIGHT D. Landry
13353 HIGHWAY 73 A
Geismar, LA 70734-3000

Landwehr Law Firm, LLC
650 Poydras Street Suite 2519
New Orleans, LA 70130


Louisiana Department of
Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201


Wendy Marie Maes Scavo
523 Newton St.
Gretna, LA 70053


McCarthy, Burgess and Wolff
2600 Cannon Rd.
Bedford, OH 44146


MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003-2016


National enterprise systems
209125 Solon Rd.
Solon, OH 44139-3442


OrthoSelect
831 E. 340 S.
American Fork, UT 84003


Patterson Dental Supply Co.
107 Mallard St.
Saint Rose, LA 70087

Pitney Bowes
P.O. Box 55848
Sherman Oaks, CA 91413

PNC Bank
P. O. Box 1820
Dayton, OH 45401-1820

Raush Sturm, LLP
250 N. Sunnyslope Road 300
Brookfield, WI 53005

Raymond Maes
3881 Chriswood Lane
Harvey, LA 70058

Regions Bank
400 Poydras St.
New Orleans, LA 70130

Regions Bank
3929 Veterans Memorial Blvd.
Metairie, LA 70002

Robert J. Guidry Investments,
LLC
1901 Manhattan Blvd. Suite H-101
Harvey, LA 70058

SBA (Disaster COVID-19
Economic Injury)
14925 Kingsport Rd.
Fort Worth, TX 76155

Solventum Unitek
Monrovia, CA 91016-5097

Surfing Gator
1308 Raft Pk.
Metairie, LA 70001

The Real Yellow Pages
P.O. Box 619810
Dallas, TX 75261-9810

Toyota Motor Credit Corp
P.O. Box 105386
Atlanta, GA 30348-5386

Transworld Systems, Inc.
P. O. Box 15130
Wilmington, DE 19850-5130

Triple O International Lab &
Supply Co.
200 E. Pecan
P.O. Box 1419
Gainesville, TX 76240

UCB
P. O. Box 1418
Maumee, OH 43537

WENDY M MAES DDS A
PROFESSIONAL
CORPORATION
523 NEWTON ST
Gretna, LA 70053

Wendy M. Maes DDS APC
1901 Manhattan Blvd. 201
Harvey, LA 70058

WENDY M. MAES, D.D.S., A
PROFESSIONAL
CORPORATION
1901 MANHATTAN BLVD, BLDG F 201
Harvey, LA 70058

WENDY M. MAES, D.D.S., A
PROFESSIONAL
CORPORATION
1901 MANHATTAN BLVD BLDG F 201
Harvey, LA 70058

WENDY M. MAES, D.D.S., APC
1901 MANHATTAN BLVD BLDG F 201
Harvey, LA 70058

Woodland Oaks, LLC
P.O. BOX 2304
Harvey, LA 70059

Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882